United States District Court

For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

DONNA M. TRUJILLO,                          CASE NO. 5:12-cv-01888 EJD

11
                                            **ORDER OF RECUSAL**

                Plaintiff(s),
12
        v.
13

MARY GREENWOOD, et. al.,

14

                Defendant(s).
15
_____/

16          I, the undersigned Judge of the court, finding myself disqualified from presiding over the

17  above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant

18  to the applicable provisions of this District's Assignment Plan.

19

20  **IT IS SO ORDERED.**

21

22  Dated:  April 17, 2012                    _____
                                             EDWARD J. DAVILA
23                                           United States District Judge

24
25
26
27
28

1

CASE NO. 5:12-cv-01888 EJD
ORDER OF RECUSAL